**James Madison MCCAULEY,**
**Plaintiff—Appellant,**

v.

**Gene JOHNSON, Director, Virginia Department of Corrections; Fred Schilling, Virginia Department of Corrections, Health Services Director; Kathleen J. Bassett, Virginia Department of Corrections, Warden, Keen Mountain Correctional Center; Mary Gilbert, Virginia Department of Corrections, RNCB/Medical Supervisor, Defendants—Appellees.**

No. 07–7618.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 28, 2008.

Decided: Feb. 13, 2008.

James Madison McCauley, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Susan A. Waddell, Guynn, Memmer & Dillon, PC, Salem, Virginia, for Appellees.

**312**

Before MOTZ and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Madison McCauley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McCauley v. Johnson,* No. 7:07–cv–00244–JCT, 2007 WL 3146450 (W.D. Va. Oct. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*